UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DARREN WILLIAMS                                    CIVIL ACTION

VERSUS                                             NO: 08-4446

SHERIFF GUSMAN, ORLEANS                            SECTION: R(3)
PARISH PRISON

**ORDER**

Neither party has objected to the Magistrate Judge's Report and Recommendation and the Court adopts the Report as its own opinion. Accordingly, it is ordered that plaintiff's Motion for Summary Judgment is DENIED, defendant's Cross-Motion for Summary Judgment is GRANTED and plaintiff's inadequate medical care claims are DISMISSED with prejudice. Further, plaintiff's claims of false imprisonment, false arrest and unconstitutional criminal proceedings are DISMISSED with prejudice as frivolous, pursuant to 28 U.S.C. § 1915(e) and § 1915A.

New Orleans, Louisiana, this 24th day of April, 2009.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE